## **INDEX OF EXHIBITS**

**Exhibit 1:**   Atlas, Istar Registered Works

**Exhibit 2:**   Atlas, Istar Unregistered Works

Open.16018.14384.27198130-1