# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., | § |
| | §   Civil Action No. |
| Plaintiff, | § |
| | § |
| v. | § |
| | § |
| ATLAS ELECTRONICS INC. and | § |
| ALAA AL-EMARA, individually and | § |
| together d/b/a Atlas Satellite, | § |
| | § |
| and | § |
| | § |
| ISTAR COMPANY and AHMED KARIM, | § |
| individually and together d/b/a Istar and | § |
| Istar-hd.com, | § |
| | § |
| Defendants. | § |

## EXHIBIT NO. 1 TO COMPLAINT

Copyrighted works that aired on the Protected Channels and are registered or have registrations pending with the United States Copyright Office:

| Title of Work | Date of First Publication | Protected Channel | Registration Number | Effective Date of Registration (Pending) |
|---|---|---|---|---|
| News Bulletin, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188010 | May 29, 2019 |
| Sports News, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188012 | May 29, 2019 |
| The Opposite Direction, 2/26/2019 | February 26, 2019 | Al Jazeera Arabic News | PA0002188008 | May 29, 2019 |
| Without Bounds, 2/27/2019 | February 27, 2019 | Al Jazeera Arabic News | PA0002188006 | May 29, 2019 |
| Good Morning Pakistan, 1/11/2021 | January 11, 2021 | ARY Digital | PA0002286552 | February 17, 2021 |
| Good Morning Pakistan, 1/14/2021 | January 14, 2021 | ARY Digital | PA0002286553 | February 17, 2021 |

| | | | | |
|---|---|---|---|---|
| Jeeto Pakistan, 1/15/2021 | January 15, 2021 | ARY Digital | PA0002286548 | February 17, 2021 |
| Dunya Kamran Khan Kay Sath, Ep. #1392 | January 14, 2021 | Dunya TV | PA0002288554 | February 17, 2021 |
| Mazaaq Raat, Ep. #1110 | January 12, 2021 | Dunya TV | PA0002288553 | February 17, 2021 |
| Nuqta e Nazar, Ep. #1724 | January 12, 2021 | Dunya TV | PA0002288551 | February 17, 2021 |
| Hit Al Mawsem, Season 2, Ep. #2 | September 8, 2018 | MBC1 | PA0002154603 | November 6, 2018 |
| Sada Al Mala'eb (2019), Ep. #430 | February 26, 2019 | MBC1 | PA0002187998 | May 29, 2019 |
| Takhareef, Ep. #1 | September 3, 2018 | MBC1 | PA0002154573 | November 6, 2018 |
| Ma Lam Tara (3), Ep. # 2 | February 28, 2019 | MBC1 | PA0002187994 | May 29, 2019 |
| Al Hekaya Ma' Amr Adib (2019), Ep. #36 | March 4, 2019 | MBC Masr | PA0002187989 | May 29, 2019 |
| Tasali Ahla Alam (2019), Ep. #41 | February 26, 2019 | MBC Kids / MBC3 | PA0002187988 | May 29, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #163 | April 1, 2019 | SAB | PA0002190212 | April 16, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #186 | May 2, 2019 | SAB | PA0002198576 | May 30, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #210 | June 5, 2019 | SAB | PA0002205225 | June 20, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #228 | July 1, 2019 | SAB | PA0002212453 | July 31, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #251 | August 1, 2019 | SAB | PA0002213866 | August 27, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #275 | September 4, 2019 | SAB | PA0002216084 | September 17, 2019 |

| | | | | |
|---|---|---|---|---|
| Aladdin: Naam Toh Suna Hoga, Ep. #295 | October 2, 2019 | SAB | PA0002226635 | October 30, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #340 | December 4, 2019 | SAB | PA0002231802 | December 13, 2019 |
| Aladdin: Naam Toh Suna Hoga, Ep. #361 | January 2, 2020 | SAB | PA0002236572 | January 28, 2020 |
| Aladdin: Naam Toh Suna Hoga, Ep. #384 | February 4, 2020 | SAB | PA0002240622 | March 2, 2020 |
| Aladdin: Naam Toh Suna Hoga, Ep. #563 | January 25, 2021 | SAB | PA0002280524 | February 5, 2021 |
| Baalveer Returns, Ep. #40 | November 4, 2019 | SAB | PA0002227645 | November 13, 2019 |
| Baalveer Returns, Ep. #62 | December 4, 2019 | SAB | PA0002231805 | December 13, 2019 |
| Baalveer Returns, Ep. #83 | January 2, 2020 | SAB | PA0002236566 | January 28, 2020 |
| Baalveer Returns, Ep. #106 | February 4, 2020 | SAB | PA0002240623 | March 2, 2020 |
| Baalveer Returns, Ep. #284 | January 22, 2021 | SAB | PA0002280526 | February 5, 2021 |
| Bhakarwadi, Ep. #36 | April 1, 2019 | SAB | PA0002190221 | April 16, 2019 |
| Bhakarwadi, Ep. #59 | May 2, 2019 | SAB | PA0002198528 | May 30, 2019 |
| Bhakarwadi, Ep. #83 | June 5, 2019 | SAB | PA0002205222 | June 20, 2019 |
| Bhakarwadi, Ep. #101 | July 1, 2019 | SAB | PA0002212455 | July 31, 2019 |
| Bhakarwadi, Ep. #124 | August 1, 2019 | SAB | PA0002213867 | August 27, 2019 |
| Bhakarwadi, Ep. #149 | September 5, 2019 | SAB | PA0002216083 | September 17, 2019 |
| Bhakarwadi, Ep. #169 | October 3, 2019 | SAB | PA0002227117 | November 11, 2019 |

3

| Bhakarwadi, Ep. #191 | November 4, 2019 | SAB | PA0002227647 | November 13, 2019 |
|---|---|---|---|---|
| Hero - Gayab Mode On, Ep. #36 | January 25, 2021 | SAB | PA0002280529 | February 5, 2021 |
| Hero - Gayab Mode On, Ep. #51 | February 15, 2021 | SAB | PA0002282206 | February 16, 2021 |
| Hero - Gayab Mode On, Ep. #71 | March 15, 2021 | SAB | PA0002285946 | March 17, 2021 |
| Hero - Gayab Mode On, Ep. #88 | April 7, 2021 | SAB | PA0002289434 | April 8, 2021 |
| Hero - Gayab Mode On, Ep. #160 | July 21, 2021 | SAB | Pending | (July 22, 2021) |
| Hero - Gayab Mode On, Ep. #163 | July 26, 2021 | SAB | Pending | (August 23, 2021) |
| Jijaji Chhat Par Hai, Ep. #323 | April 1, 2019 | SAB | PA0002190750 | April 16, 2019 |
| Jijaji Chhat Par Hai, Ep. #346 | May 2, 2019 | SAB | PA0002198948 | May 30, 2019 |
| Jijaji Chhat Par Hai, Ep. #368 | June 3, 2019 | SAB | PA0002205215 | June 20, 2019 |
| Jijaji Chhat Par Hai, Ep. #388 | July 1, 2019 | SAB | PA0002212459 | July 31, 2019 |
| Jijaji Chhat Par Hai, Ep. #411 | August 1, 2019 | SAB | PA0002213896 | August 27, 2019 |
| Jijaji Chhat Par Hai, Ep. #436 | September 5, 2019 | SAB | PA0002216121 | September 17, 2019 |
| Jijaji Chhat Par Hai, Ep. #456 | October 3, 2019 | SAB | PA0002226642 | October 30, 2019 |
| Jijaji Chhat Par Hai, Ep. #473 | November 4, 2019 | SAB | PA0002227664 | November 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #495 | December 4, 2019 | SAB | PA0002231809 | December 13, 2019 |
| Jijaji Chhat Par Hai, Ep. #516 | January 2, 2020 | SAB | PA0002236561 | January 28, 2020 |
| Jijaji Chhat Par Hai, Ep. #539 | February 4, 2020 | SAB | PA0002240627 | March 2, 2020 |
| Kaatelal And Sons, Ep. #175 | July 21, 2021 | SAB | Pending | (July 22, 2021) |

| Kaatelal And Sons, Ep. #179 | July 27, 2021 | SAB | Pending | (August 23, 2021) |
|---|---|---|---|---|
| Maddam Sir, Ep. #163 | January 25, 2021 | SAB | PA0002280617 | February 5, 2021 |
| Maddam Sir, Ep. #261 | July 27, 2021 | SAB | Pending | (August 23, 2021) |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2701 | April 3, 2019 | SAB | PA0002190380 | April 16, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2722 | May 2, 2019 | SAB | PA0002198539 | May 30, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2744 | June 3, 2019 | SAB | PA0002205196 | June 20, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2764 | July 1, 2019 | SAB | PA0002212463 | July 31, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2787 | August 1, 2019 | SAB | PA0002213892 | August 27, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2811 | September 4, 2019 | SAB | PA0002216112 | September 17, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2832 | October 4, 2019 | SAB | PA0002226661 | October 30, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2854 | November 4, 2019 | SAB | PA0002227666 | November 13, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2876 | December 4, 2019 | SAB | PA0002231815 | December 13, 2019 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2897 | January 2, 2020 | SAB | PA0002236569 | January 28, 2020 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #2920 | February 4, 2020 | SAB | PA0002240632 | March 2, 2020 |

| | | | | |
|---|---|---|---|---|
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3087 | January 25, 2021 | SAB | PA0002280619 | February 5, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3102 | February 15, 2021 | SAB | PA0002282208 | February 16, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3122 | March 15, 2021 | SAB | PA0002288534 | March 18, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3139 | April 7, 2021 | SAB | PA0002289526 | April 8, 2021 |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3214 | July 21, 2021 | SAB | Pending | (July 22, 2021) |
| Taraak Mehta Ka Ooltah Chashmah, Ep. #3218 | July 27, 2021 | SAB | Pending | (August 23, 2021) |
| Tenali Rama, Ep. #456 | April 2, 2019 | SAB | PA0002190375 | April 16, 2019 |
| Tenali Rama, Ep. #477 | May 1, 2019 | SAB | PA0002198587 | May 30, 2019 |
| Tenali Rama, Ep. #500 | June 3, 2019 | SAB | PA0002205193 | June 20, 2019 |
| Tenali Rama, Ep. #520 | July 1, 2019 | SAB | PA0002212465 | July 31, 2019 |
| Tenali Rama, Ep. #546 | August 1, 2019 | SAB | PA0002213898 | August 27, 2019 |
| Tenali Rama, Ep. #565 | September 2, 2019 | SAB | PA0002216126 | September 17, 2019 |
| Tenali Rama, Ep. #588 | October 3, 2019 | SAB | PA0002226663 | October 30, 2019 |
| Tenali Rama, Ep. #610 | November 4, 2019 | SAB | PA0002227667 | November 13, 2019 |
| Tenali Rama, Ep. #632 | December 4, 2019 | SAB | PA0002231817 | December 13, 2019 |
| Tenali Rama, Ep. #652 | January 1, 2020 | SAB | PA0002236507 | January 28, 2020 |
| Tenali Rama, Ep. #678 | February 6, 2020 | SAB | PA0002239762 | March 3, 2020 |

| | | | | |
|---|---|---|---|---|
| Tera Yaar Hoon Main, Ep. #225 | July 21, 2021 | SAB | Pending | (July 22, 2021) |
| Wagle Ki Duniya, Ep. #107 | July 21, 2021 | SAB | Pending | (July 22, 2021) |
| Wagle Ki Duniya, Ep. #110 | July 26, 2021 | SAB | Pending | (August 23, 2021) |
| Beyhadh 2, Ep. #1 | December 2, 2019 | SET / Sony SET | PA0002231806 | December 13, 2019 |
| Beyhadh 2, Ep. #23 | January 1, 2020 | SET / Sony SET | PA0002236500 | January 28, 2020 |
| Beyhadh 2, Ep. #47 | February 4, 2020 | SET / Sony SET | PA0002240625 | March 2, 2020 |
| Chandragupt Maurya, Ep. #146 | June 5, 2019 | SET / Sony SET | PA0002205220 | June 20, 2019 |
| Chandragupt Maurya, Ep. #167 | July 4, 2019 | SET / Sony SET | PA0002212458 | July 31, 2019 |
| Chandragupt Maurya, Ep. #189 | August 5, 2019 | SET / Sony SET | PA0002213870 | August 27, 2019 |
| Crime Patrol Satark, Ep. #16 | August 5, 2019 | SET / Sony SET | PA0002213871 | August 27, 2019 |
| Crime Patrol Satark, Ep. #38 | September 4, 2019 | SET / Sony SET | PA0002216079 | September 17, 2019 |
| Crime Patrol Satark, Ep. #61 | October 7, 2019 | SET / Sony SET | PA0002226636 | October 30, 2019 |
| Crime Patrol Satark, Ep. #317 | January 18, 2021 | SET / Sony SET | PA0002280616 | February 5, 2021 |
| Crime Patrol Satark, Ep. #468 | July 30, 2021 | SET / Sony SET | Pending | (August 23, 2021) |
| Indian Idol Season 11, Ep. #8 | November 3, 2019 | SET / Sony SET | PA0002227662 | November 13, 2019 |
| Indian Idol Season 12, Ep. #16 | January 17, 2021 | SET / Sony SET | PA0002280615 | February 5, 2021 |
| Indian Idol Season 12, Ep. #23 | February 13, 2021 | SET / Sony SET | PA0002283007 | February 25, 2021 |
| Isharon Isharon Mein, Ep. #16 | August 5, 2019 | SET / Sony SET | PA0002213897 | August 27, 2019 |
| Isharon Isharon Mein, Ep. #38 | September 4, 2019 | SET / Sony SET | PA0002216098 | September 17, 2019 |
| Isharon Isharon Mein, Ep. #61 | October 7, 2019 | SET / Sony SET | PA0002226638 | October 30, 2019 |

| | | | | |
|---|---|---|---|---|
| Isharon Isharon Mein, Ep. #81 | November 4, 2019 | SET / Sony SET | PA0002227663 | November 13, 2019 |
| Ishq Par Zor Nahi, Ep. #93 | July 21, 2021 | SET / Sony SET | Pending | (July 22, 2021) |
| The Kapil Sharma Show, Ep. #30 | April 7, 2019 | SET / Sony SET | PA0002190748 | April 16, 2019 |
| The Kapil Sharma Show, Ep. #46 | June 2, 2019 | SET / Sony SET | PA0002205213 | June 20, 2019 |
| The Kapil Sharma Show, Ep. #176 | January 17, 2021 | SET / Sony SET | PA0002280620 | February 8, 2021 |
| Kuch Rang Pyaar Ke Aise Bhi – Nayi Kahaani, Ep. #8 | July 21, 2021 | SET / Sony SET | Pending | (July 22, 2021) |
| Kyun Utthe Dil Chhodh Aaye, Ep. #128 | July 21, 2021 | SET / Sony SET | Pending | (July 22, 2021) |
| Kyun Utthe Dil Chhodh Aaye, Ep. #133 | July 28, 2021 | SET / Sony SET | Pending | (August 23, 2021) |
| Ladies Special Ep. #96 | April 9, 2019 | SET / Sony SET | PA0002187589 | April 16, 2019 |
| Ladies Special Ep. #113 | May 2, 2019 | SET / Sony SET | PA0002198351 | May 30, 2019 |
| Ladies Special Ep. #137 | June 5, 2019 | SET / Sony SET | PA0002205208 | June 20, 2019 |
| Ladies Special Ep. #158 | July 4, 2019 | SET / Sony SET | PA0002212460 | July 31, 2019 |
| Ladies Special Ep. #180 | August 5, 2019 | SET / Sony SET | PA0002213895 | August 27, 2019 |
| Main Maayke Chali Jaaungi Tum Dekhte Rahiyo, Ep. #150 | April 9, 2019 | SET / Sony SET | PA0002190378 | April 16, 2019 |
| Main Maayke Chali Jaaungi Tum Dekhte Rahiyo, Ep. #166 | May 2, 2019 | SET / Sony SET | PA0002198534 | May 30, 2019 |
| Mere Dad Ki Dulhan, Ep. #13 | December 2, 2019 | SET / Sony SET | PA0002231811 | December 13, 2019 |

| Mere Dad Ki Dulhan, Ep. #35 | January 1, 2020 | SET / Sony SET | PA0002236562 | January 28, 2020 |
|---|---|---|---|---|
| Mere Sai, Ep. #419 | May 2, 2019 | SET / Sony SET | PA0002198605 | May 30, 2019 |
| Mere Sai, Ep. #508 | September 4, 2019 | SET / Sony SET | PA0002216117 | September 17, 2019 |
| Mere Sai, Ep. #531 | October 7, 2019 | SET / Sony SET | PA0002226654 | October 30, 2019 |
| Mere Sai, Ep. #593 | January 1, 2020 | SET / Sony SET | PA0002236542 | January 28, 2020 |
| Mere Sai, Ep. #617 | February 4, 2020 | SET / Sony SET | PA0002240628 | March 2, 2020 |
| Mere Sai, Ep. #788 | January 18, 2021 | SET / Sony SET | PA0002280618 | February 5, 2021 |
| Mere Sai, Ep. #808 | February 15, 2021 | SET / Sony SET | PA0002283000 | February 25, 2021 |
| Mere Sai, Ep. #845 | April 7, 2021 | SET / Sony SET | PA0002289521 | April 8, 2021 |
| Mere Sai, Ep. #920 | July 21, 2021 | SET / Sony SET | Pending | (July 22, 2021) |
| Mere Sai, Ep. #925 | July 28, 2021 | SET / Sony SET | Pending | (August 23, 2021) |
| Patiala Babes, Ep. #96 | April 9, 2019 | SET / Sony SET | PA0002190743 | April 16, 2019 |
| Patiala Babes, Ep. #113 | May 2, 2019 | SET / Sony SET | PA0002198536 | May 30, 2019 |
| Patiala Babes, Ep. #137 | June 5, 2019 | SET / Sony SET | PA0002205204 | June 20, 2019 |
| Patiala Babes, Ep. #158 | July 4, 2019 | SET / Sony SET | PA0002212461 | July 31, 2019 |
| Patiala Babes, Ep. #180 | August 5, 2019 | SET / Sony SET | PA0002213894 | August 27, 2019 |
| Patiala Babes, Ep. #202 | September 4, 2019 | SET / Sony SET | PA0002216091 | September 17, 2019 |
| Patiala Babes, Ep. #225 | October 7, 2019 | SET / Sony SET | PA0002226659 | October 30, 2019 |
| Patiala Babes, Ep. #245 | November 4, 2019 | SET / Sony SET | PA0002227665 | November 13, 2019 |
| Patiala Babes, Ep. #265 | December 2, 2019 | SET / Sony SET | PA0002231812 | December 13, 2019 |

| Patiala Babes, Ep. #312 | February 5, 2020 | SET / Sony SET | PA0002240629 | March 2, 2020 |
|---|---|---|---|---|
| Punyashlok Ahilyabaii, Ep. #143 | July 21, 2021 | SET / Sony SET | Pending | (July 22, 2021) |
| Punyashlok Ahilyabaii, Ep. #148 | July 28, 2021 | SET / Sony SET | Pending | (August 23, 2021) |
| Super Dancer Chapter 3, Ep. #30 | April 7, 2019 | SET / Sony SET | PA0002190741 | April 16, 2019 |
| Super Dancer Chapter 3, Ep. #46 | June 2, 2019 | SET / Sony SET | PA0002205198 | June 20, 2019 |
| Tara From Satara, Ep. #61 | December 2, 2019 | SET / Sony SET | PA0002231813 | December 13, 2019 |
| Tara From Satara, Ep. #83 | January 1, 2020 | SET / Sony SET | PA0002236509 | January 28, 2020 |
| Tara From Satara, Ep. #107 | February 4, 2020 | SET / Sony SET | PA0002240631 | March 2, 2020 |
| Vighnaharta Ganesh, Ep. #443 | May 2, 2019 | SET / Sony SET | PA0002198540 | May 30, 2019 |
| Vighnaharta Ganesh, Ep. #488 | July 4, 2019 | SET / Sony SET | PA0002212466 | July 31, 2019 |
| Vighnaharta Ganesh, Ep. #532 | September 4, 2019 | SET / Sony SET | PA0002216101 | September 17, 2019 |
| Vighnaharta Ganesh, Ep. #555 | October 7, 2019 | SET / Sony SET | PA0002226664 | October 30, 2019 |
| Vighnaharta Ganesh, Ep. #575 | November 4, 2019 | SET / Sony SET | PA0002227668 | November 13, 2019 |
| Vighnaharta Ganesh, Ep. #595 | December 2, 2019 | SET / Sony SET | PA0002231818 | December 13, 2019 |
| Vighnaharta Ganesh, Ep. #617 | January 1, 2020 | SET / Sony SET | PA0002236557 | January 28, 2020 |
| Vighnaharta Ganesh, Ep. #641 | February 4, 2020 | SET / Sony SET | PA0002240633 | March 2, 2020 |
| Vighnaharta Ganesh, Ep. #813 | January 19, 2021 | SET / Sony SET | PA0002280522 | February 5, 2021 |
| Vighnaharta Ganesh, Ep. #950 | July 29, 2021 | SET / Sony SET | Pending | (August 23, 2021) |
| Yeh Un Dino Ki Baat Hai, Ep. #466 | July 4, 2019 | SET / Sony SET | PA0002212467 | July 31, 2019 |