# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DISH NETWORK L.L.C.,

    Plaintiff,

v.

ATLAS ELECTRONICS INC. and ALAA AL-EMARA, individually and together d/b/a Atlas Satellite,

and

ISTAR COMPANY and AHMED KARIM, individually and together d/b/a Istar and Istar-hd.com,

    Defendants.

Civil Action No.

## EXHIBIT NO. 2 TO COMPLAINT

Examples of copyrighted works that aired on the Protected Channels and do not have registrations with the United States Copyright Office:

| Title of Work | Protected Channel |
| --- | --- |
| Aaj Tak News | Aaj Tak |
| Aastha Special | Aastha |
| Last Hour | Al Arabiya |
| Panorama | Al Arabiya |
| Special Interviews | Al Arabiya |
| Sports News | Al Arabiya |
| El Hayah el Yom | Al Hayah 1 |
| Behind The News Program, all episodes through July 31, 2020 | Al Jazeera Arabic News |
| Today's Harvest, all episodes through July 31, 2020 | Al Jazeera Arabic News |
| Film Clip | ART Cima |
| Badnaam, all episodes through April 26, 2021 | ARY Digital |
| Balaa, all episodes through April 26, 2021 | ARY Digital |

| | |
|---|---|
| Bubbly Kya Chahti Hai, all episodes through April 26, 2021 | ARY Digital |
| Bulbulay, all episodes through April 26, 2021 | ARY Digital |
| Chadni Begum, all episodes through April 26, 2021 | ARY Digital |
| Do Biwiyan Aik Bechara, all episodes through April 26, 2021 | ARY Digital |
| Ghar Jamai, all episodes through April 26, 2021 | ARY Digital |
| Jhooti, all episodes through April 26, 2021 | ARY Digital |
| Khudparast, all episodes through April 26, 2021 | ARY Digital |
| Koi Chand Rakh, all episodes through April 26, 2021 | ARY Digital |
| Mera Dil Mera Dushman, all episodes through April 26, 2021 | ARY Digital |
| Meri Baji, all episodes through April 26, 2021 | ARY Digital |
| Ruswai, all episodes through April 26, 2021 | ARY Digital |
| Sitaron Ki Baat Hummayun Kay Saath, all episodes through April 26, 2021 | ARY Digital |
| Thora Sa Haq, all episodes through April 26, 2021 | ARY Digital |
| Zard Zamono Ka Sawera, all episodes through April 26, 2021 | ARY Digital |
| ATN Business & Finance | ATN Bangla |
| ATN Rannaghor | ATN Bangla |
| Chotoder Prithibi | ATN Bangla |
| Onno Drishti | ATN Bangla |
| Progga Paromita | ATN Bangla |
| News Hour | ATN News |
| Flash | B4U Movies |
| Box Office | B4U Movies |
| I Like | B4U Movies |
| Bollywood Minute | B4U Movies |
| Insider | B4U Movies |
| Awaaz De Kahaan Hai | B4U Music |
| Bajao | B4U Music |

| | |
|---|---|
| Bollywood 10 on 10 | B4U Music |
| Bollywood Bang Bang | B4U Music |
| Boom Box | B4U Music |
| Break Free Hour | B4U Music |
| Morning Masala | B4U Music |
| Solid Hits | B4U Music |
| Talk of the Town | B4U Music |
| Hona Al Asema, all episodes from June 20, 2018 to present | CBC |
| Rahim, all episodes from June 20, 2018 to present | CBC Drama |
| Mahaz | Dunya TV |
| Nuqta e Nazar | Dunya TV |
| Hasb-E-Haal | Dunya TV |
| Mazaaq Raat | Dunya TV |
| Voice of Dunya | Dunya TV |
| Satrungi – Rung Rahi Hai Zindagi | Express Entertainment |
| News Hour | Express News |
| Interviews | Future TV |
| Grimat Shaghaf | Hekayat |
| Flame on Hai | Hum Masala |
| Chaska Pakanay Ka | Hum Masala |
| Chef Hunt | Hum Masala |
| Dais Pardes Ke Khanay | Hum Masala |
| Easy Cooking | Hum Masala |
| Evening with Shireen | Hum Masala |
| Food Diaries | Hum Masala |
| Food Fantasy | Hum Masala |
| Hum Mart | Hum Masala |
| Hum Masala Cooking Show | Hum Masala |
| Kha Mere Manwa | Hum Masala |
| Lazzat | Hum Masala |
| Lively Weekends | Hum Masala |
| Masala Cooking Classes | Hum Masala |

| | |
|---|---|
| Masala Family Festival | Hum Masala |
| Masala Magazine | Hum Masala |
| Masala Morning | Hum Masala |
| Mehboob's Kitchen | Hum Masala |
| Parwaz Hai Junoon | Hum Masala |
| Ramzan Around the World | Hum Masala |
| Riwayati Mithaiyan | Hum Masala |
| South Asian Cuisine | Hum Masala |
| Tarka | Hum Masala |
| Wonderful Indonesia | Hum Masala |
| 100 Din Ki Kahani | Hum Sitaray |
| Aasi | Hum Sitaray |
| Apne Bane Paraye | Hum Sitaray |
| Babul Ki Sahaliyan | Hum Sitaray |
| Bunty I Love You | Hum Sitaray |
| Digest Writer | Hum Sitaray |
| Dil Ka Darwaza | Hum Sitaray |
| Dil Main Baji Ghanti | Hum Sitaray |
| Dildarian | Hum Sitaray |
| Haya Kay Daman Main | Hum Sitaray |
| Hum Kay Tehray Ajnabi | Hum Sitaray |
| Jahan Ara Begum | Hum Sitaray |
| Kya Kahain Tujsay | Hum Sitaray |
| Larkian Muhalle Ki | Hum Sitaray |
| Main Bikhar Gayi | Hum Sitaray |
| Majboori | Hum Sitaray |
| Matae Jaan Hai Tuu | Hum Sitaray |
| Mujhe Sandal Kardo | Hum Sitaray |
| Neelum Kinaray | Hum Sitaray |
| Newsline | Hum Sitaray |
| Pakiza (Pakeeza) | Hum Sitaray |
| Sayaye Deewar | Hum Sitaray |
| Surkh Jora | Hum Sitaray |
| Tanhai | Hum Sitaray |

| | |
|---|---|
| Yeh Raha Dil | Hum Sitaray |
| Zameen Pe Chand | Hum Sitaray |
| Zindagi Tujh Ko Jiya | Hum Sitaray |
| Dil Ruba | Hum TV / Hum World |
| Kashf | Hum TV / Hum World |
| Mehboob Apke Qadmon Mein | Hum TV / Hum World |
| Pyar Ke Sadqay | Hum TV / Hum World |
| Rabba Mainu Maaf Kareen | Hum TV / Hum World |
| Sabaat | Hum TV / Hum World |
| Tarap | Hum TV / Hum World |
| Wafa Kar Chalay | Hum TV / Hum World |
| Ye Dil Mera | Hum TV / Hum World |
| News Today | India Today |
| Arabwood | LBC |
| Lahon w Bass | LBCI / LDC |
| Take Me Out | LBCI / LDC |
| Thawani | LBCI / LDC |
| Aahd Aldam, all episodes through September 23, 2020 | MBC1 |
| Al Meerath, all episodes through September 23, 2020 | MBC1 |
| Aldeeva, all episodes through September 23, 2020 | MBC1 |
| Aldheeb Fel Gleeb, all episodes through September 23, 2020 | MBC1 |
| Amr Ikhla'a, all episodes through September 23, 2020 | MBC1 |
| Doumouaa Farah, all episodes through September 23, 2020 | MBC1 |
| Driven, all episodes through September 23, 2020 | MBC1 |
| Etr Al Rouh, all episodes through September 23, 2020 | MBC1 |
| Fee Kol Osbouaa Yawm Jomoaa, all episodes through September 23, 2020 | MBC1 |

| | |
|---|---|
| Hamsa, all episodes through September 23, 2020 | MBC1 |
| Kan Fi Kol Zaman, all episodes through September 23, 2020 | MBC1 |
| Laffet Al Mamlakah, all episodes through September 23, 2020 | MBC1 |
| Ma Fiyi, all episodes through September 23, 2020 | MBC1 |
| Mamlakat Eblees, all episodes through September 23, 2020 | MBC1 |
| Mumg, all episodes through September 23, 2020 | MBC1 |
| Om Algalayed, all episodes through September 23, 2020 | MBC1 |
| Ostaz Wa Ra'ees Qesm, all episodes through September 23, 2020 | MBC1 |
| Rayah Al Madam, all episodes through September 23, 2020 | MBC1 |
| Rehla Lel Jaheem, all episodes through September 23, 2020 | MBC1 |
| Top Chef, all episodes through September 23, 2020 | MBC1 |
| Waleedee Al Aziz, all episodes through September 23, 2020 | MBC1 |
| Abu Al Banat, all episodes through September 23, 2020 | MBC Drama |
| Banat Al Shams, all episodes through September 23, 2020 | MBC Drama |
| Saherat Al Janoub, all episodes through September 23, 2020 | MBC Drama |
| I-Tech, all episodes through September 23, 2020 | MBC Kids / MBC3 |
| Sawa Fe, all episodes through September 23, 2020 | MBC Kids / MBC3 |
| Telescope, all episodes through September 23, 2020 | MBC Kids / MBC3 |
| Alloaaba, all episodes through September 23, 2020 | MBC Masr |
| Barnamej al Heekaya, all episodes through September 23, 2020 | MBC Masr |
| El Haram | Melody Classic |

| | |
|---|---|
| Keid El Hamawat | Melody Drama |
| Bel Hagm El A'ely | Melody Drama |
| Apnar Jiggasha | NTV Bangla |
| Chayer Adda | NTV Bangla |
| Ei Somoy | NTV Bangla |
| Ek Shobday Quran Shikhar Asor | NTV Bangla |
| Family Pack | NTV Bangla |
| Frankly Speaking | NTV Bangla |
| Glamour World | NTV Bangla |
| Golpogulo Amader | NTV Bangla |
| Johhon Kokhono | NTV Bangla |
| Moddh Rater Khabor | NTV Bangla |
| Rater Khabor | NTV Bangla |
| Rongin Pata | NTV Bangla |
| Scitech Watch | NTV Bangla |
| Shashtho Protidin | NTV Bangla |
| Shironam | NTV Bangla |
| Shondhar Khabor | NTV Bangla |
| Shuvo Shondha | NTV Bangla |
| Styles and Trends | NTV Bangla |
| Tel Plastics Rannaghor | NTV Bangla |
| Tifiner Fakey | NTV Bangla |
| Saah Masreya | Rotana America |
| Tera Kya Hoga Alia | SAB |
| India's Best Dancer | SET / Sony SET |
| Ishaaron Ishaaron Mein | SET / Sony SET |

| | |
|---|---|
| Kaun Banega Crorepati | SET / Sony SET |
| Mil Jate Hain Jo Bane Ek Duje Ke Vaaste | SET / Sony SET |
| Superstar Singer | SET / Sony SET |
| Yeh Un Dinon Ki Baat Hai | SET / Sony SET |
| Extraa Shots Special | SET MAX |
| Ladies Vs Ricky Bahl | SET MAX |
| Afternoon Primetime | Times Now |
| Breaking Ground | Times Now |
| India Upfront | Times Now |
| Kashmir: The Story | Times Now |
| Morning Show | Times Now |
| Morning Show – 70th Republic Day | Times Now |
| Shaadis of the Year | Times Now |
| The Newshour | Times Now |
| The Newshour First | Times Now |
| The Newshour Special Victory, Stories of Valour | Times Now |
| Times Now Live | Times Now |
| Planet Bollywood News | Zoom |

8