**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DISH NETWORK L.L.C., ) | |
| ) | Civil Action No.21-CV-12219 |
| Plaintiff, ) | |
| ) | JUDGE LAURIE J. MICHELSON |
| v. ) | |
| ) | |
| ATLAS ELECTRONICS INC. and ) | |
| ALAA AL-EMARA, individually and ) | |
| together d/b/a Atlas Satellite, ) | |
| ) | |
| and ) | |
| ) | |
| ISTAR COMPANY and AHMED KARIM, ) | |
| individually and together d/b/a Istar and ) | |
| Istar-hd.com, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT AND PERMANENT INJUNCTION

Having considered the Stipulated Motion for Entry of Final Judgment and Permanent Injunction filed by Plaintiff DISH Network L.L.C ("DISH") and Defendants Atlas Electronics Inc. and Alaa Al-Emara (collectively "Defendants"), and good cause appearing, the Court approves the stipulation and ORDERS as follows:

1. Judgment is entered for DISH on Count II of the Complaint (Dkt. 1), which alleges that Defendants induced and materially contributed to copyright infringement in violation of the Copyright Act and 17 U.S.C. § 501.

2. DISH is awarded damages of $5,740,000 jointly and severally against Defendants pursuant to 17 U.S.C. § 504(c), which consists of $35,000 for each of DISH's 164 registered, copyrighted works that Defendants infringed.

3. For purposes of this order, "Protected Channels" means Aaj Tak; Aastha; Al Arabiya; Al Hayah 1; Al Jazeera Arabic News; ARY Digital; ART Cima; ATN Bangla; ATN

News; B4U Movies; B4U Music; CBC; CBC Drama; Dunya TV; Express Entertainment; Express News; Future TV; Hekayat; Hum Masala; Hum Sitaray; Hum TV; Hum World; India Today; LBC; LBCI (a/k/a LDC); MBC1; MBC Drama; MBC Kids (a/k/a MBC3); MBC Masr; Melody Classic; Melody Drama; NTV Bangla; Rotana America; SAB; SET (a/k/a Sony SET); SET MAX; Times Now; and Zoom.

    4.    Defendants and any of their affiliates, officers, agents, servants, employees, or other persons acting in active concert or participation with any of the foregoing that receives actual notice of this order, are hereby permanently enjoined from:

    a.    transmitting, streaming, distributing, or publicly performing in the United States, with any Istar set-top box, service subscription, or any other device, application, service, or process, any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

    b.    distributing, selling, providing, or promoting any product or service, in the United States, including any Istar set-top box or service subscription, that comprises the whole or part of a network or service for the distribution or public performance of any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels;

    c.    advertising, displaying, or marketing any Istar set-top box, service subscription, or other set-top box or service that transmits, streams, distributes, or publicly performs in the United States, any of the Protected Channels or any of the programming that comprises or appears on any of the Protected Channels; and

    d.    inducing or contributing to another's conduct that falls within 4(a-c) above.

    5.    This permanent injunction takes effect immediately.

    6.    Each party is to bear its own attorneys' fees and costs.

7. The Court retains jurisdiction over this action for the purpose of DISH's claims against co-defendants Istar Company and Ahmed Karim and enforcing this Order.

**SO ORDERED.**

Dated: July 15, 2022

                                          s/Laurie J. Michelson
                                          LAURIE J. MICHELSON
                                          UNITED STATES DISTRICT JUDGE