UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ATLAS ELECTRONICS, INC., ALAA AL-EMARA, ISTAR COMPANY, and AHMED KARIM,<br><br>    Defendants. | Case No. 21-12219<br>Honorable Laurie J. Michelson |

## JUDGMENT

In accordance with the parties' stipulation, the Court entered judgment against Atlas Electronics, Inc. and Alaa Al-Emara for materially contributing to copyright infringement (Count II). (ECF Nos. 25, 26.) It is therefore ORDERED that DISH Network recover from Atlas Electronics and Al-Emara, jointly and severally, the amount of $5,740,000. It is further ORDERED that Atlas Electronics and Al-Emara are permanently enjoined as set out in the Court's prior order. (ECF No. 26, PageID.201–203.)

The Court also granted in part DISH's motion for default judgment as to Istar Company and Ahmed Karim for direct copyright infringement (Count I). (ECF No. 32.) It is therefore ORDERED that DISH Network recover from Istar and Karim, jointly and severally, the amount of $15,700,000 with interest on this principal amount according to the statutory rate pursuant to 28 U.S.C. § 1961(a). It is further

ORDERED that Istar and Karim are permanently enjoined as set out in the Court's prior order. (ECF No. 32, PageID.1155–1159.)

As to the remaining claims against Istar and Karim of materially contributing to copyright infringement (Count II) and vicarious copyright infringement (Count III), the Court dismissed them without prejudice. (ECF No. 35.)

Thus, as all claims have been determined or dismissed, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 22nd day of November 2022 in Detroit, Michigan.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                    By:    s/Erica Parkin
                                                DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: November 22, 2022

2